1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   HOLLY GAUDREAU (State Bar No. 209114)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com
   hgaudreau@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | LEVI STRAUSS & CO.,            | Case No. C 07-0910 SI
12 |           Plaintiff,           |
                                    | **STIPULATION AND [PROPOSED]**
13 |        v.                      | **ORDER TO SEAL COMPLAINT**
14 | ESPRIT US DISTRIBUTION, LTD.,  |
15 |           Defendant.           |

18     The parties, by their respective counsel, hereby stipulate to seal the Complaint which
19 was previously filed in this action.
20     The Complaint attaches and incorporates by reference a prior settlement agreement
21 between the parties that by its terms is confidential. (See Complaint, Exhibit D ¶ 16.)
22 Accordingly, the parties stipulate and request that the Complaint and accompanying exhibits be
23 removed from the public file of this action. The parties further stipulate and request that the
24 ///
25 ///
26 ///
27 ///
28

- 1 -

1  docket clerk modify the docket of this action in order to block access for any public viewing of
2  the Complaint and accompanying exhibits.

4  DATED: March 21, 2007                Respectfully submitted,

6                                       By:   */s/ Gia L. Cincone*
                                              Gia L. Cincone
7                                             TOWNSEND AND TOWNSEND AND CREW LLP

8                                             Attorneys for Plaintiff
                                              LEVI STRAUSS & CO.

11 DATED: March 21, 2007
                                        By:   */s/ Noel M. Cook*
12                                            Noel M. Cook
                                              OWEN, WICKERSHAM & ERICKSON P.C.

13                                            Attorneys for Defendant
                                              ESPRIT US DISTRIBUTION, LTD.

17 PURSUANT TO STIPULATION, IT IS SO ORDERED

19 DATED: _____          _____
                                        The Honorable Susan Illston

22 61010458 v1

- 2 -