| | |
|---|---|
| 1 | OWEN, WICKERSHAM & ERICKSON, P.C. |
| | NOEL M. COOK, CBN 122777 |
| 2 | 455 Market Street, 19th Floor |
| | San Francisco, California 94105 |
| 3 | Telephone: 415-882-3200 |
| | Facsimile: 415-882-3232 |
| 4 | Email: ncook@owe.com |

FROSS, ZELNICK, LEHRMAN & ZISSU
JOHN MARGIOTTA
866 United Nations Plaza
First Ave. & 48th St., 6th Fl.
New York, New York 10017
Telephone: 212-813-5900
Facsimile: 212-813-5901
Email: jmargiotta@frosszelnick.com
of Counsel

Attorneys for Defendant
ESPRIT US DISTRIBUTION, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LEVI STRAUSS & CO., | ) | Case No. C 07 0910 SI |
| | ) | |
| Plaintiff, | ) | **SECOND STIPULATION RE:** |
| | ) | **EXTENSION OF TIME TO RESPOND** |
| v. | ) | **TO COMPLAINT** |
| | ) | |
| ESPRIT US DISTRIBUTION, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Civil Local Rule 6-1, the parties hereby stipulate to extend by one additional week the time for Defendant Esprit US Distribution, Ltd. to answer or otherwise respond to the Complaint. Such response will now be due on or before April 26, 2007. This extension

///

///

SECOND STIPULATION RE: EXTENSION
OF TIME TO RESPOND TO COMPLAINT                                                                                          C 07 0910 SI

1  will not alter the date of any event or deadline already fixed by Court order.

2

3  Dated: April 18, 2007

4  TOWNSEND & TOWNSEND AND          OWEN, WICKERSHAM & ERICKSON P.C.
   CREW LLP
5

6

7  By: //s//                        By: //s//
        GIA A. CINCONE                   NOEL M. COOK

8  Attorneys for Plaintiff          Attorneys for Defendant

9

IT IS SO ORDERED

*signature*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27  S:\1Clients\FROSS\70002-Levi v. Esprit\2nd Stip re Ext Time to Answer Complt.wpd

28

SECOND STIPULATION RE: EXTENSION
OF TIME TO RESPOND TO COMPLAINT                                      C 07 0910 SI