1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   HOLLY GAUDREAU (State Bar No. 209114)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com
   hgaudreau@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | LEVI STRAUSS & CO.,            | Case No. C 07-0910 SI
12 |            Plaintiff,          | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
13 |        v.                      |
14 | ESPRIT US DISTRIBUTION, LTD.,  | **CMC DATE: May 25, 2007**
15 |            Defendant.          | **CMC TIME:  2:00 p.m.**

16

17

18       The initial Case Management Conference in this action is currently scheduled to take

19 place on May 25, 2007, at 2:00 p.m. In light of ongoing settlement discussions between the

20 parties, the parties hereby request that the conference be continued for four weeks, until June

21 22, 2007.

22       The parties have been engaged in settlement discussions since the complaint was filed.

23 The negotiation process has been somewhat slowed by the fact that the defendant's parent

24 company is located outside the United States, and defendant is still attempting to collect some

25 of the information that plaintiff has requested. However, the parties remain hopeful that their

26 dispute can be resolved without resorting to further litigation.

27       Accordingly, the parties believe it would be appropriate to continue the Initial Case

28

- 1 -

STIPULATION TO CONTINUE CMC                        *Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
                                                                              Case No. C 07-0910 SI

1  Management Conference for a sufficient amount of time to allow settlement discussions to
2  proceed, and therefore respectfully request that the Initial Case Management Conference
3  currently set for May 25, 2007, be continued to June 22, 2007.
4
5  DATED: May 17, 2007                    Respectfully submitted,
6
7                                          By:  /s/ Gia L. Cincone
                                                Gia L. Cincone
8                                               TOWNSEND AND TOWNSEND AND CREW
                                                LLP
9
                                                Attorneys for Plaintiff
10                                              LEVI STRAUSS & CO.
11
12 DATED: May 17, 2007
                                           By:  /s/ Noel M. Cook
13                                              Noel M. Cook
                                                OWEN, WICKERSHAM & ERICKSON P.C.
14
                                                Attorneys for Defendant
15                                              ESPRIT US DISTRIBUTION, LTD.
16
17
18                              **[PROPOSED] ORDER**
19         GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties'
20 stipulated request to continue the Initial Case Management Conference is granted. The Initial
21 Case Management Conference is hereby scheduled for June 22, 2007, at 2:00 p.m.
22
23
24 DATED: _____         _____
                                    Hon. Susan Illston
25                                  United States District Judge
26
27 61052667 v1
28

- 2 -

STIPULATION TO CONTINUE CMC                                *Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
                                                           Case No. C 07-0910 SI