IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS,<br><br>        Plaintiff,<br><br>  v.<br><br>ESPRIT US DISTRIBUTION,<br><br>        Defendant.<br>                                    / | No. C 07-00910 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 7, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 21, 2007.

DESIGNATION OF EXPERTS: 1/18/08; REBUTTAL: 2/22/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 21, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by May 2, 2008;

    Opp. Due May 16, 2008; Reply Due May 23, 2008;

    and set for hearing no later than June 6, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 8, 2008 at 3:30 PM.

JURY TRIAL DATE: July 21, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall submit a proposed protective order to the Court.

Mediation shall be completed prior to 8/31/07.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                            SUSAN ILLSTON
                                            United States District Judge