TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ESPRIT US DISTRIBUTION, LTD., <br><br> Defendant. | Case No. C 07-0910 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING MEDIATION DEADLINE** <br><br> CMC DATE: Sept. 7, 2007 <br> CMC TIME: 2:30 p.m. |

This action was filed on February 13, 2007. On May 11, 2007, the parties stipulated to participation in the Court's mediation process and the Court referred the case to mediation, to be completed within 90 days.

A mediator was appointed on June 8, 2007, but the appointment was subsequently vacated. The Initial Case Management Conference was held on June 22, 2007, and the case was set for a further Case Management Conference on September 7, 2007; the mediation deadline was set for August 31, 2007.

Following the Initial Case Management Conference, on June 26, 2007, a second mediator was appointed, but that appointment also was vacated. A third mediator was appointed on July 17, 2007.

- 1 -

1  Counsel for the parties have now conferred by telephone with the mediator regarding
2  scheduling. Due to scheduling conflicts, the parties and mediator were unable to find a date for
3  the mediation prior to the August 31, 2007, deadline. The mediation has now been scheduled
4  for September 18, 2007.

5  Accordingly, due to the temporary difficulties in finding an appropriate mediator and
6  scheduling a date for the mediation, the parties respectfully request that the mediation deadline
7  be extended to September 21, 2007, and the further Case Management Conference now
8  scheduled for September 7, 2007, be continued to September 28, 2007, at 2:30 p.m.

10  DATED: August 15, 2007           Respectfully submitted,

12                                    By:  */s/ Gia L. Cincone*
                                           Gia L. Cincone
13                                         TOWNSEND AND TOWNSEND AND CREW LLP
                                           Attorneys for Plaintiff
14                                         LEVI STRAUSS & CO.

15  DATED: August 15, 2007

16                                    By:  */s/ Noel M. Cook*
                                           Noel M. Cook
17                                         OWEN, WICKERSHAM & ERICKSON P.C.
                                           Attorneys for Defendant
18                                         ESPRIT US DISTRIBUTION, LTD.

20  **IT IS SO ORDERED.**

21  DATED: _____          _____
22                                    Hon. Susan Illston
                                      United States District Judge

24  61125167 v1

- 2 -

STIPULATION TO CONTINUE CMC                    *Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
AND EXTEND MEDIATION DEADLINE                  Case No. C 07-0910 SI