1  OWEN, WICKERSHAM & ERICKSON, P.C.
   NOEL M. COOK, CBN 122777
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone: 415-882-3200
   Facsimile: 415-882-3232
4  Email: ncook@owe.com

5  FROSS, ZELNICK, LEHRMAN & ZISSU
   JOHN MARGIOTTA
6  866 United Nations Plaza
   First Ave. & 48th St., 6th Fl.
7  New York, New York 10017
   Telephone: 212-813-5900
8  Facsimile: 212-813-5901
   Email: jmargiotta@frosszelnick.com
9  of Counsel

10
   Attorneys for Defendant
11 ESPRIT US DISTRIBUTION, LTD.

12

**FILED**

SEP 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 07 0910 SI MED |
| Plaintiff, | [PROPOSED] ORDER RE: ATTENDANCE AT MEDIATION |
| v. | |
| ESPRIT US DISTRIBUTION, LTD., | |
| Defendant. | |

Pursuant to ADR Local Rule 6-9(d), on August 31, 2007 defendant Esprit US Distribution, Ltd. submitted a letter to the ADR Magistrate Judge requesting to be excused from attending in person a mediation scheduled for September 18, 2007.

//
//

[PROPOSED] ORDER RE: ATTENDANCE AT MEDIATION; Case No. C 07 0910 SI MED

1  Such request having been timely submitted, and good cause appearing, defendant's
2  request is HEREBY GRANTED, *on condition that participation*
3  *be by videoconference, w/Ds* SO ORDERED.

4
5  _____
   The Honorable Wayne D. Brazil
6  U.S. Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: ATTENDANCE AT MEDIATION; Case No. C 07 0910 SI MED