1  Michael J. Bettinger, (State Bar No. 122196)
   Rachel R. Davidson, (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5  Attorneys for Defendants
   ESPRIT US DISTRIBUTION, LTD.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 LEVI STRAUSS & CO.,                 )
                                       ) Case No. C 07-0910-SI
11                       Plaintiff,    )
                                       ) **STIPULATION TO EXTEND TIME TO**
12       v.                            ) **COMPLETE MEDIATION;**
                                       ) **[PROPOSED ORDER]**
13 ESPRIT US DISTRIBUTION, LTD.,       )
                                       )
14                       Defendant.    ) Pursuant to ADR L.R. 6-5
                                       )
15                                     )
                                       )
16                                     )

17       Pursuant to ADR Local Rule 6-5 and Civil Local Rule 7, Defendant Esprit US Distribution,

18 LTD, ("Esprit") and Levi Straus & Co ("LS&CO") request a reasonable extension of time to

19 complete mediation in the above entitle matter.

20       There is good cause warranting a reasonable extension. Esprit has just recently retained new

21 counsel in this matter, and requests a two week extension to allow new counsel to properly transition

22 and familiarize itself with the case. A reasonable extension of the mediation deadline on this ground

23 will help facilitate a more productive and complete mediation between the parties. LS&CO does not

24 oppose Esprit's request for a two week extension.

25       The mediation date is currently set for September 18, 2007. The parties request an extension

26 to October 2 to complete mediation.

27

28 STIPULATION TO EXTEND
   TIME TO COMPLETE MEDIATION;
   [PROPOSED] ORDER                          1                          Printed on Recycled Paper
   Case No. C 07-0910-SI

| | |
|---|---|
| DATED: September 12, 2007 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| | By_____/s/_____<br>Michael J. Bettinger<br>Rachel R. Davidson<br>Attorneys for Defendants<br>ESPRIT US DISTRIBUTION, LTD. |
| DATED: September 12, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | By_____/s/_____<br>Gia L. Cincone<br>Attorneys for Plaintiff<br>LEVI STRAUSS & CO. |

1
2 **ORDER**
3 Good cause appearing, the Court hereby grants the parties' request for a two week extension
4 of the date upon which the parties must complete mediation. Mediation shall be completed no later
than October 2, 2007.
5
6
7 Dated:_____              _____
                                    Honorable Susan Illston
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND
TIME TO COMPLETE MEDIATION;
[PROPOSED] ORDER                          3                          Printed on Recycled Paper
Case No. C 07-0910-SI