1 TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
3 Two Embarcadero Center, 8th Floor
San Francisco, California 94111
4 Telephone: (415) 576-0200
Facsimile: (415) 576-0300
5 gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com
6
Attorneys for Plaintiff
7 LEVI STRAUSS & CO.

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ESPRIT US DISTRIBUTION, LTD., <br><br> Defendant. | Case No. C 07-0910 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** <br><br> CMC DATE: Sept. 28, 2007 <br> CMC TIME: 2:30 p.m. |

The Court has set this matter for a further Case Management Conference on September 28, 2007, at 2:30 p.m. In light of ongoing settlement discussions between the parties, the parties hereby request that the conference be continued for four weeks, until October 26, 2007.

The parties have been engaged in settlement discussions and most recently attended a mediation on September 26, 2007. The parties have continued those discussions since the mediation, and believe they are close to a resolution. The parties would like additional time to continue their discussions and hopefully finalize a settlement.

Accordingly, the parties believe it would be appropriate to continue the further Case Management Conference for a sufficient amount of time to allow settlement discussions to

- 1 -

STIPULATION TO CONTINUE CMC

*Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
Case No. C 07-0910 SI

1  proceed, and therefore respectfully request that the Case Management Conference currently set
2  for September 28, 2007, be continued to October 26, 2007.

4  DATED: September 28, 2007    Respectfully submitted,

6                                By:  /s/ Gia L. Cincone
7                                     Gia L. Cincone
                                      TOWNSEND AND TOWNSEND AND CREW LLP

                                      Attorneys for Plaintiff
9                                     LEVI STRAUSS & CO.

11 DATED: September 28, 2007    By:  /s/ Rachel R. Davidson
                                     Rachel R. Davidson
12                                   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

                                     Attorneys for Defendant
14                                   ESPRIT US DISTRIBUTION, LTD.

17                          **[PROPOSED] ORDER**

18      GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties'
19 stipulated request to continue the further Case Management Conference is granted.  The further
20 Case Management Conference is hereby scheduled for ~~October 26, 2007,~~ at 2:30 p.m.
                                                    November 2, 2007

23 DATED: _____    _____
                                     Hon. Susan Illston
24                                   United States District Judge

26 61052667 v1

- 2 -

STIPULATION TO CONTINUE CMC                    *Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
                                                              Case No. C 07-0910 SI