Michael J. Bettinger (SBN 122196)
Rachel R. Davidson (SBN 215517)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
415-882-8200

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO.

Plaintiff(s)

v.

ESPRIT US DISTRIBUTION, LTD.

Defendant(s)

CASE NUMBER: C 07-0910-SI

**SUBSTITUTION OF ATTORNEY**

Esprit US Distribution, Ltd.
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other ____

hereby substitutes **Kirkpatrick & Lockhart Preston Gates Ellis LLP** who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  55 Second Street, Suite 1700
*Street Address*

San Francisco, CA 94105    415-882-8200    415-882-8220    215517
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of **Owen, Wickersham & Erickson, P.C.**
*Present Attorney*

Dated: September 12, 2007

Michael Ching, Legal Advisor *Signature of Party*
Esprit US Distribution, Ltd.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: September 12, 2007

*Signature of Present Attorney*
Noel Matthew Cook

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: September 12, 2007

*Signature of New Attorney*
Rachel R. Davidson

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: _____

United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                                          G01