1   TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar No. 111536)
2   GIA L. CINCONE (Bar No. 141668)
    Two Embarcadero Center, 8th Floor
3   San Francisco, California 94111
    Telephone: 415-576-0200
4   Facsimile: 415-576-0300

5   Attorneys for Plaintiff
    LEVI STRAUSS & CO.

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11                                          Case No.  C 07-0910 SI

12  LEVI STRAUSS & CO.,
                                            **PLAINTIFF LEVI STRAUSS & CO.'S *EX***
13                 Plaintiff,               ***PARTE* APPLICATION TO FILE**
                                            **DOCUMENTS UNDER SEAL;**
14        v.                                **[PROPOSED] ORDER**

15  ESPRIT US DISTRIBUTION, LTD.,

16                 Defendant.

17  ─────────────────────────────────────

18

19        Pursuant to Civil Local Rule 7-10 and this Court's standing order, plaintiff Levi Strauss & Co.

20  ("LS&CO.") hereby applies for leave to file its Motion for Leave to File First Amended Complaint

21  and for Partial Summary Judgment and related documents under seal.

22        LS&CO.'s proposed First Amended Complaint attaches and incorporates by reference a prior

23  settlement agreement between the parties that by its terms is confidential.  (FAC Exhibit D, ¶ 16.)

24  This agreement also was attached to LS&CO.'s original complaint in this action, and the parties

25  stipulated to seal the Complaint; the Court approved that stipulation by order dated March 22, 2007.

26  A copy of that order is attached.  Accordingly, LS&CO. requests that the amended complaint also be

27  sealed.

28

1    In addition, LS&CO.'s motion for leave to amend and supporting declarations include

2    extensive discussions of and references to the terms of the confidential agreement.  LS&CO. therefore

3    also requests that these documents be filed under seal.

4

5

6    DATED:  December 14, 2007          Respectfully Submitted,

7                                       TOWNSEND AND TOWNSEND AND CREW LLP

8                                       By:  _Gia L. Cincone_
9                                            Gia L. Cincone

10                                      Attorneys for Plaintiff
                                         LEVI STRAUSS & CO.

11

12

13

14

15

16
     IT IS SO ORDERED.
17

18
     Dated:  12/14/07
19                                       _____
                                         Hon. Susan Illston
                                         United States District Judge
20

21

22

23

24

25

26

27

28

1    TOWNSEND AND TOWNSEND AND CREW LLP
     GREGORY S. GILCHRIST (State Bar No. 111536)
2    GIA L. CINCONE (State Bar No. 141668)
     HOLLY GAUDREAU (State Bar No. 209114)
3    Two Embarcadero Center, 8th Floor
     San Francisco, California 94111
4    Telephone:  (415) 576-0200
     Facsimile:  (415) 576-0300
5    gsgilchrist@townsend.com; glcincone@townsend.com
     hgaudreau@townsend.com
6
     Attorneys for Plaintiff
7    LEVI STRAUSS & CO.

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   LEVI STRAUSS & CO.,                    Case No. C 07-0910 SI

12                    Plaintiff,
                                            **STIPULATION AND [PROPOSED]**
13            v.                            **ORDER TO SEAL COMPLAINT**

14   ESPRIT US DISTRIBUTION, LTD.,

15                    Defendant.

16

17

18        The parties, by their respective counsel, hereby stipulate to seal the Complaint which

19   was previously filed in this action.

20        The Complaint attaches and incorporates by reference a prior settlement agreement

21   between the parties that by its terms is confidential. (See Complaint, Exhibit D ¶ 16.)

22   Accordingly, the parties stipulate and request that the Complaint and accompanying exhibits be

23   removed from the public file of this action. The parties further stipulate and request that the

24   ///

25   ///

26   ///

27   ///

28

                                        - 1 -

1  docket clerk modify the docket of this action in order to block access for any public viewing of

2  the Complaint and accompanying exhibits.

3

4  DATED: March 21, 2007                    Respectfully submitted,

5
                                            By:  /s/ Gia L. Cincone
6                                                Gia L. Cincone
                                                 TOWNSEND AND TOWNSEND AND CREW
7                                                LLP

8                                                Attorneys for Plaintiff
                                                 LEVI STRAUSS & CO.
9

10
    DATED: March 21, 2007
11                                          By:  /s/ Noel M. Cook
                                                 Noel M. Cook
12                                               OWEN, WICKERSHAM & ERICKSON P.C.

13                                               Attorneys for Defendant
                                                 ESPRIT US DISTRIBUTION, LTD.
14

15

16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED

18

19  DATED: _____              _____
                                            The Honorable Susan Illston
20

21

22  61010458 v1

23

24

25

26

27

28

                                        - 2 -