1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415-576-0200
4  Facsimile: 415-576-0300

5  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LEVI STRAUSS & CO., | Case No. C 07-0910 SI |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER EXTENDING DATES FOR FACT AND EXPERT DISCOVERY** |
| ESPRIT US DISTRIBUTION, LTD., | |
| Defendant. | |

1  Having considered the letter brief submitted by defendant Esprit US Distribution, Ltd. and the
2  response submitted by plaintiff Levi Strauss & Co., and in order to permit hearing and resolution of
3  Levi Strauss & Co.'s motion for leave to amend its complaint, which is currently set for hearing on
4  January 18, 2008,

5  IT IS HEREBY ORDERED that the fact and expert discovery dates in this action are reset as
6  follows:

|  |  |
|---|---|
| Fact Discovery Cutoff: | February 15, 2008 |
| Designate Experts By: | February 15, 2008 |
| Rebuttal Experts: | March 21, 2008 |
| Expert Discovery Cutoff: | April 20, 2008 |

**DATED:** _____          _____
                                     Hon. Susan Illston
                                     United States District Judge

61234117 v1