Michael J. Bettinger, (State Bar No. 122196)
Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California  94105-3493
Telephone:   (415) 882-8200
Facsimile:    (415) 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K&L GATES
601 West Riverside Avenue, Suite 1400
Spokane, WA  99201
Telephone:   (509) 624-2100
Facsimile:    (509) 456-0146
mike.keyes@klgates.com


Attorneys for Defendant
ESPRIT US DISTRIBUTION, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | ) |
| | ) Case No. C 07-0910-SI |
| Plaintiff, | ) |
| | ) **STIPULATION TO EXTEND TIME RE** |
| v. | ) **LEVI STRAUSS & CO'S MOTION TO** |
| | ) **FOR LEAVE TO AMEND AND** |
| ESPRIT US DISTRIBUTION, LTD., | ) **PARTIAL SUMMARY JUDGMENT** |
| | ) **[PROPOSED ORDER]** |
| Defendant. | ) |
| | ) |
| | ) Pursuant to L.R. 6-2 |
| | ) |
| | ) |

Pursuant to Local Rule 6-2 Defendant, Esprit US Distribution, LTD, ("Esprit") and Plaintiff

Levi Strauss & Co. ("LS&CO") respectfully submit this stipulated request for an Order continuing

the hearing date for LS&CO.'s Motion for Leave to Amend and Partial Summary Judgment

("LS&Co's Motion").  LS&CO.'s Motion is currently set for hearing on January 18, 2008.  Esprit

STIPULATION TO EXTEND
TIME RE LEVI STRAUSS & CO's
MOTION FOR LEAVE TO AMEND AND
PARTIAL SUMMARY JUDGMENT;
[PROPOSED] ORDER                                        1                                   Printed on Recycled Paper
Case No. C 07-0910-SI

has requested, and LS&CO. has agreed, subject to the Court's approval, to continue the hearing date to **February 1, 2008**.

Esprit has good cause warranting a continuance of the hearing date to February 1, 2008. Due to the approaching Christmas holiday, counsel for Esprit will be out-of-state, and unable to realistically comply with the current briefing schedule. Moreover, counsel for Esprit is faced with communication time restraints due to the fact that their client contacts are located in Hong Kong, who are themselves, facing holiday scheduling constraints. LS&Co has agreed to accommodate Esprit's request to continue the hearing date on LS&CO.'s Motion to February 1, 2008, due to the identified hardship.

Esprit further acknowledges that LS&CO.'s pending motion for leave to amend—which Esprit vigorously opposes —requests that the Court extend the case management schedule in the event that it permits LS&CO. to file its amended complaint. Both parties agree that the schedule that LS&CO. proposed in its pending motion for leave to amend would be not be feasible, in the event that the Court grants this stipulation to continue the hearing date of LS&CO.'s Motion to February 1, 2008. Accordingly, the parties may request that the Court, at its convenience, allow them more time to prepare for trial if LS&CO is granted leave to amend.

The parties have previously sought an extension of time to complete mediation, which was granted by this Court.

DATED:  December 18, 2007                    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By_____/s/_____
            Rachel R. Davidson
            Attorneys for Defendants
            ESPRIT US DISTRIBUTION, LTD.


DATED : December 18, 2007            By        /s/
                                        Gregory S. Gilchrist
                                        Attorneys for Plaintiff
                                        Levi Strauss & Co.

STIPULATION TO EXTEND
TIME RE LEVI STRAUSS & CO's
MOTION FOR LEAVE TO AMEND AND
PARTIAL SUMMARY JUDGMENT;
[PROPOSED] ORDER                    2                    Printed on Recycled Paper
Case No. C 07-0910-SI

1

2
### ORDER

3
      Good cause appearing, the Court hereby grants Esprit's and LS&Co's stipulation to continue

4
the hearing date for LS&Co's Motion for Leave to Amend and Partial Summary Judgment to

5
February 1, 2008.

6

7
Dated:_____                       _____

8
                           Honorable Susan Illston

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND
TIME RE LEVI STRAUSS & CO's
MOTION FOR LEAVE TO AMEND AND
PARTIAL SUMMARY JUDGMENT;
[PROPOSED] ORDER            3                 Printed on Recycled Paper
Case No. C 07-0910-SI