MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
mike.bettinger@klgates.com
rachel.davidson@klgates.com

J. MICHAEL KEYES (*Pro Hac Vice*)
K&L GATES
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
mike.keyes@klgates.com

Attorneys for Defendant
ESPRIT US DISTRIBUTION, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>ESPRIT US DISTRIBUTION, LTD.,<br><br>Defendant. | Case No. C 07-0910-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ESPRIT US DISTRIBUTION, LTD.'S ADMINISTRATIVE MOTION PURSUANT TO CIV. LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL** |

Whereas the Court has considered Esprit US Distribution, Ltd.'s Administrative Motion pursuant to Civil LR 79-5(b) To File Under Seal Documents Designated Confidential;

Whereas the Court has determined that the following documents are property sealable under Civil Local Rule 79-5:

1. Opposition to Plaintiff Levi Strauss & Co.'s Motion for Leave to File First Amended Complaint and for Partial Summary Judgment.

[PROPOSED] ORDER GRANTING DEFENDANT
ESPRIT US DISTRIBUTION, LTD.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. C 07-0910-SI

1

Printed on Recycled Paper

2. Declaration of J. Michael Keyes in Support of Defendant Esprit's Opposition to Plaintiff Levi Strauss & Co.'s Motion for Leave to File First Amended Complaint and for Partial Summary Judgment and attached related documents under seal.

The Court hereby GRANTS Esprit US Distribution, Ltd.'s Administrative Motion to file the aforementioned documents under seal.

Dated:_____

_____
Honorable Susan Illston

[PROPOSED] ORDER GRANTING DEFENDANT
ESPRIT US DISTRIBUTION, LTD.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. C 07-0910-SI

2

Printed on Recycled Paper