TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar No. 111536)
GIA L. CINCONE (Bar No. 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ESPRIT US DISTRIBUTION, LTD., <br><br> Defendant. | Case No. C 07-0910 SI <br><br> **PLAINTIFF LEVI STRAUSS & CO.'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-10 and this Court's standing order, plaintiff Levi Strauss & Co. ("LS&CO.") hereby applies for leave to file its Reply Memorandum in support of its Motion for Leave to File First Amended Complaint and for Partial Summary Judgment and the supporting Reply Declaration of Gia L. Cincone under seal.

As discussed in connection with the filing of LS&CO.'s motion, LS&CO.'s proposed First Amended Complaint attaches and incorporates by reference a prior settlement agreement between the parties that by its terms is confidential. (FAC Exhibit D, ¶ 16.) This agreement also was attached to LS&CO.'s original complaint in this action, and the parties stipulated to seal the Complaint; the Court approved that stipulation by order dated March 22, 2007.

Due to the fact that LS&CO.'s motion for leave to amend and supporting declarations included extensive discussions of and references to the terms of the confidential agreement, LS&CO. requested

1 that these documents be filed under seal. On December 14, 2007, this Court signed an order granting
2 permission to file LS&CO.'s motion and related documents under seal. The defendant's opposition
3 and declaration of its counsel also were filed under seal.

4     Similarly, LS&CO.'s reply memorandum and the reply declaration of LS&CO.'s counsel
5 discuss the terms and negotiation of the 2004 settlement agreement, and attach correspondence from
6 defendant's prior counsel concerning the agreement. LS&CO. therefore requests that these documents
7 also be filed under seal. A proposed order to this effect appears below.

10 DATED: January 18, 2008    Respectfully submitted,

11     TOWNSEND AND TOWNSEND AND CREW LLP

12     By: _____
13     Gia L. Cincone

14     Attorneys for Plaintiff
    LEVI STRAUSS & CO.

20 IT IS SO ORDERED.

22 Dated: 1/18/08

23     Hon. Susan Illston
24     United States District Judge

# PROOF OF SERVICE

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **PLAINTIFF LEVI STRAUSS & CO.'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Michael J. Bettinger, Esq.<br>Rachel R. Davidson, Esq.<br>K&L Gates<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493 | **VIA HAND DELIVERY** |
| J. Michael Keyes, Esq.<br>K&L Gates<br>601 West Riverside Avenue, Suite 1400<br>Spokane, WA 99201 | **VIA FEDERAL EXPRESS** |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☒ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document(s) to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document(s) to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: January 18, 2008

*Carol Petrich*
Carol Petrich

61261708 v1

Proof of Service — 1 — Levi Strauss & Co. vs. Esprit US Distribution, Ltd.
CASE NO. 07-0910 SI