IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO.,

    Plaintiff,

v.

ESPRIT US DISTRIBUTION, LTD.,

    Defendant.

No. C 07-0910 SI

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff's motion for leave to file a first amended complaint is GRANTED. [Docket No. 51] Federal Rule of Civil Procedure 15(a) provides that leave to amend a pleading should be freely given. Here, the factors the Ninth Circuit uses in assessing a motion for leave to amend weigh in favor of granting leave. Moreover, in pursuit of efficiency and resource conservation, it is in the interest of both parties and the Court to resolve highly similar and related claims in a single proceeding.

Plaintiff's motion for partial summary judgment is DENIED. Plaintiff is not entitled to partial summary judgment on its claim holding defendant jointly and severally liable for any breach of the 2004 Settlement Agreement because there are several issues of disputed fact regarding the obligations created by this agreement.

A status conference is scheduled for **February 22, 2008 at 2:30 p.m.**, at which the Court will consider whether to amend the scheduling order in light of the First Amended Complaint..

**IT IS SO ORDERED.**

Dated: February 6, 2008

SUSAN ILLSTON
United States District Judge