```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar No. 111536)
GIA L. CINCONE (Bar No. 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300
gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ESPRIT US DISTRIBUTION, LTD., ESPRIT INTERNATIONAL, ESPRIT WHOLESALE GmbH, ESPRIT DE CORP. FRANCE S.A., ESPRIT BELGIE WHOLESALE N.V., and ESPRIT BELGIE RETAIL N.V., <br><br> Defendants. | Case No. C 07-0910 SI <br><br> **PLAINTIFF LEVI STRAUSS & CO.'S *EX PARTE* APPLICATION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-10 and this Court's standing order, plaintiff Levi Strauss & Co. ("LS&CO.") hereby applies for leave to file its First Amended Complaint for Trademark Infringement, Unfair Competition and Dilution and Breach of Settlement Agreement under seal.

LS&CO.'s complaint attaches and incorporates by reference a prior settlement agreement between the parties that by its terms is confidential (Complaint Exhibit B, ¶ 16). Due to the fact that LS&CO.'s complaint includes extensive discussions of and references to the terms of the confidential

1  agreement, LS&CO. requests that the complaint be filed under seal. A proposed order to this effect
2  appears below.

4  DATED: February 7, 2008                Respectfully submitted,

                                          TOWNSEND AND TOWNSEND AND CREW LLP

                                          By: _____
                                              Gia L. Cincone

                                          Attorneys for Plaintiff
                                          LEVI STRAUSS & CO.

14  IT IS SO ORDERED.

16  Dated: _____        _____
                                          Hon. Susan Illston
                                          United States District Judge

## PROOF OF SERVICE

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **PLAINTIFF LEVI STRAUSS & CO.'S *EX PARTE* APPLICATION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL; [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Michael J. Bettinger, Esq.
Rachel R. Davidson, Esq.
K&L Gates
55 Second Street, Suite 1700
San Francisco, CA  94105-3493

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☒ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document(s) to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document(s) to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: February 7, 2008                *Carol Petrich* (signature)
                                       Carol Petrich

61278683 v1