| | |
|---|---|
| LEVI STRAUSS, | No. C 07-00910 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| ESPRIT US DISTRIBUTION, | CORRECTED |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 11, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is Ocltober 31, 2008.

DESIGNATION OF EXPERTS: 10/31/08; REBUTTAL: 11/21/08.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 12, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 16, ~~2008~~ 2009;

Opp. Due January 30, ~~2008~~ 2009; Reply Due February 6, ~~2008~~ 2009

and set for hearing no later than February 20, ~~2008~~ 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 31, 2009 at 3:30 PM.

JURY TRIAL DATE: April 13, 2009 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff may file a Second Amended complaint within 90 days of the answers to the 1st Amended Complaint.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge