1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415-576-0200
4  Facsimile: 415-576-0300

5  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11                                    Case No.  C 07-0910 SI

12  LEVI STRAUSS & CO.,               **PLAINTIFF LEVI STRAUSS & CO.'S
                                      REQUEST FOR LEAVE TO FILE
13              Plaintiff,            SURREPLY IN OPPOSITION  TO
                                      DEFENDANT ESPRIT US
14         v.                         DISTRIBUTION, LTD.'S MOTION FOR
                                      A MORE DEFINITE STATEMENT;
15  ESPRIT US DISTRIBUTION, LTD., et al.,  [PROPOSED] ORDER**

16              Defendants.           **Date:        April 4, 2008
                                      Time:         9:00 a.m.
17                                    Courtroom:    10**

18

19

20

21

22

23

24

25

26

27

28

PL'S REQUEST TO FILE SURREPLY IN OPP.
TO MOTION FOR MORE DEFINITE STATEMENT

Levi Strauss & Co. v. Esprit US Distribution, Ltd., et al.
CASE NO. C 07-0910 SI

1    Plaintiff Levi Strauss & Co. ("LS&CO.") requests leave of the Court to file the short surreply

2 and declaration which are being filed contemporaneously with this request, in opposition to defendant

3 Esprit US Distribution, Ltd.'s Rule 12(e) motion for a more definite statement which is currently set

4 for hearing on April 4, 2008.

5    The reason for this request is to correct certain misstatements of fact regarding LS&CO.'s

6 claims and the exhibits to its First Amended Complaint that are contained in Esprit's reply brief in

7 support of its motion, filed on March 21, 2008. Admittedly, all of these misstatements could be

8 corrected at oral argument; but given the nature of the motion, LS&CO. believes it is possible that the

9 motion might be decided without argument. LS&CO. wants to ensure that the record is accurate.

10 Accordingly, LS&CO. requests that the surreply and accompanying declaration filed with this request

11 be considered in deciding Esprit's motion.

13 DATED: March 26, 2008    Respectfully Submitted,

14     TOWNSEND AND TOWNSEND AND CREW LLP

16     By:   /s/ Gia L. Cincone
    Gia L. Cincone

17     Attorneys for Plaintiff
    LEVI STRAUSS & CO.

21 **IT IS SO ORDERED.**

23 Dated: _____

    Hon. Susan Illston
    United States District Judge

25 61321364 v1

PL.'S REQUEST TO FILE SURREPLY IN OPP.
TO MOTION FOR MORE DEFINITE STATEMENT

Levi Strauss & Co. v. Esprit US Distribution, Ltd., et al.
CASE NO. C 07-0910 SI