MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
mike.bettinger@klgates.com
rachel.davidson@klgates.com

J. MICHAEL KEYES (*Pro Hac Vice*)
K&L GATES
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
mike.keyes@klgates.com

Attorneys for Defendant
ESPRIT INTERNATIONAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>  Plaintiff, <br><br> v. <br><br> ESPRIT US DISTRIBUTION, LTD., ESPRIT INTERNATIONAL, ESPRIT WHOLESALE GmbH, ESPRIT DE CORP. FRANCES S.A., ESPRIT BELGIE WHOLESALE N.V., and ESPRIT BELGIE RETAIL N.V., <br><br>  Defendant. | Case No. C 07-0910-SI <br><br> **[PROPOSED] ORDER RE STIPULATION TO WITHDRAW LEVI STRAUSS & CO.'S REQUEST TO THE CLERK FOR ENTRY OF DEFAULT AGAINST ESPRIT INTERNATIONAL** |

///

[PROPOSED] ORDER
Case No. C 07-0910-SI

1

Printed on Recycled Paper

Good cause appearing, the Court hereby grants Esprit International and Levi Strauss & Co.'s Stipulation to Withdraw Request to the Clerk for Entry of Default against Esprit International.

IT IS SO ORDERED:

Dated:_____  _____
Honorable Susan Illston

[PROPOSED] ORDER
Case No. C 07-0910-SI

2

Printed on Recycled Paper