1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone:  (415) 882-8200
4  Facsimile:   (415) 882-8220
   mike.bettinger@klgates.com
5  rachel.davidson@klgates.com

6  J. MICHAEL KEYES (*Pro Hac Vice*)
   KJIRSTIN J. GRAHAM (State Bar No. 239485)
7  K&L GATES
   618 West Riverside Avenue, Suite 300
8  Spokane, WA 99201
   Telephone:  (509) 624-2100
9  Facsimile:   (509) 456-0146
   mike.keyes@klgates.com
10
   Attorneys for Defendants
11 Esprit US Distribution Ltd.
   Esprit International

Chambers Copy
SEP 05 2008

RECEIVED

SEP 5 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>              Plaintiff,<br><br>     v.<br><br>ESPRIT US DISTRIBUTION, LTD., ESPRIT INTERNATIONAL, ESPRIT WHOLESALE GmbH, ESPRIT DE CORP. FRANCES S.A., ESPRIT BELGIE WHOLESALE N.V., and ESPRIT BELGIE RETAIL N.V.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C 07-0910-SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATED APPLICATION TO FILE DOCUMENTS UNDER SEAL RE ESPRIT US DISTRIBUTION LTD. AND ESPRIT INTERNATIONAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to stipulation, the Court hereby grants Esprit US and Esprit International's Stipulated Application to File Documents Under Seal. The following documents are properly sealable:

1. Defendants' Motion for Partial Summary Judgment on Levi Strauss & Co.'s claims, Defendants' affirmative defenses, and counterclaim for breach of contract; and

2. The Declaration of Finn Simper in Support of Defendants' Motion for Partial Summary Judgment on Levi Strauss & Co.'s claims, Defendants' affirmative defenses, and counterclaim for breach of contract.

IT IS SO ORDERED:

Dated:_____, 2008

_____
Honorable Susan Illston

*Denied. See the Kamakana decision by CA9. Also — if granted, the sealing of passages had to be narrowed. Excused. General duty.*

*W Alsup 9-8-08*

[PROPOSED] ORDER GRANTING STIPULATED
APPLICATION TO FILE DOCUMENTS UNDER SEAL

Case No. C 07-0910-SI                           2                    Printed on Recycled Paper