1 | TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 | GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
3 | Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
4 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
5 | gsgilchrist@townsend.com; glcincone@townsend.com

6 | Attorneys for Plaintiff/Counterdefendant
LEVI STRAUSS & CO.

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,                          Case No. C 07-0910 SI

12 |                     Plaintiff,              **STIPULATION AND
                                                 [PROPOSED] ORDER TO FILE
13 |        v.                                   DOCUMENTS UNDER SEAL**

14 | ESPRIT US DISTRIBUTION LTD., et al.,

15 |                     Defendants.

16
     ESPRIT US DISTRIBUTION LTD. and ESPRIT
17 | INTERNATIONAL,                              **DATE:  October 10, 2008
                                                 TIME:  9:00 a.m.**
18 |                     Defendants/Counterclaimants,   **COURTROOM:  10, 19th Floor**

19 |        v.

20 | LEVI STRAUSS & CO.,

21 |                     Plaintiff/Counterdefendant.

22

23

24

25

26

27

28

1    Pursuant to this Court's standing order, plaintiff Levi Strauss & Co. ("LS&CO.") and

2 defendants Esprit US Distribution Ltd. and Esprit International hereby stipulate to the filing under seal

3 of portions of the Declaration of Gia L. Cincone in Opposition to Motion of Defendants Esprit US

4 Distribution, Ltd. and Esprit International For Partial Summary Judgment.

5    Paragraphs 3-6 of the Cincone Declaration set forth some of the terms of a prior settlement

6 agreement between the parties that by its terms is confidential. The entire agreement is attached as

7 Exhibit D to LS&CO.'s First Amended Complaint in this action (Docket No. 70), which this Court

8 previously permitted to be filed under seal. Due to the fact that the declaration includes discussions of

9 and references to the terms of the confidential agreement, the parties request that the specified

10 paragraphs of the declaration be filed under seal. A proposed order to this effect appears below.

11

12 DATED: September 19, 2008                    Respectfully submitted,

13                                        By:  /s/ Gia L. Cincone
                                              Gia L. Cincone
14                                            TOWNSEND AND TOWNSEND AND CREW LLP

15                                            Attorneys for Plaintiff
                                              LEVI STRAUSS & CO.

16 DATED: September 19, 2008                    By:  /s/ Rachel R. Davidson
                                              Rachel R. Davidson
17                                            K&L GATES

18                                            Attorneys for Defendants
                                              ESPRIT US DISTRIBUTION, LTD. and
19                                            ESPRIT INTERNATIONAL

20

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22 Dated: 9/29/08

23                                            Hon. Susan Illston

24

25

26

27

28