IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS,

        Plaintiff,

  v.

ESPRIT US DISTRIBUTION,

        Defendant.
                                   /

No. C 07-00910 SI

**THIRD PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR MOTION TO DISMISS (JURISDICTION): July 31, 2009, at 9:00 a.m. (File: 6/26/10, Opposition: 7/10/10, Reply: 7/17/10)

FURTHER CASE MANAGEMENT: July 31, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2009.

DESIGNATION OF EXPERTS: 11/30/09; REBUTTAL: 12/21/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 15, 2010

DISPOSITIVE MOTIONS **SHALL** be filed by February 5, 2010;

    Opp. Due February 19, 2010; Reply Due February 26, 2010;

    and set for hearing no later than March 12, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 13, 2010 at 3:30 PM.

JURY TRIAL DATE: April 26, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                            SUSAN ILLSTON
                                            United States District Judge