MICHAEL J. BETTINGER (State Bar No. 122196)
mike.bettinger@klgates.com
RACHEL R. DAVIDSON (State Bar No. 215517)
rachel.davidson@klgates.com
JAS S. DHILLON (State Bar No. 252842)
jas.dhillon@klgates.com
K&L GATES
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

MICHAEL KEYES (State Bar No. 262281)
mike.keyes@klgates.com
K&L GATES
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Telephone: (509) 624-2100
Facsimile: (509) 456-0146

Attorneys for Defendants
ESPRIT US DISTRIBUTION, LTD.,
ESPRIT INTERNATIONAL, ESPRIT
WHOLESALE GMBH, ESPRIT DE CORP.
FRANCE S.A., ESPRIT BELGIE
WHOLESALE N.V. and ESPRIT BELGIE
RETAIL N.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ESPRIT US DISTRIBUTION LTD, ESPRIT INTERNATIONAL, ESPRIT WHOLESALE GmbH, ESPRIT DE CORP. FRANCES S.A., ESPRIT BELGIE WHOLESALE N.V., and ESPRIT BELGIE RETAIL N.V., <br><br> Defendant. | Case No. C 07-0910-SI <br><br> **[PROPOSED] ORDER GRANTING ESPRIT DEFENDANTS' JOINT STIPULATION TO FILE DOCUMENTS UNDER SEAL** |

1       Pursuant to stipulation, the Court hereby grants Defendants Esprit Wholesale GmbH, Esprit De Corp. Frances S.A., Esprit Belgie Wholesale N.V. and Esprit Belgie Retail N.V. Joint Stipulation to File Documents Under Seal. The following document is properly sealable:

      1.    A draft Settlement Agreement attached as Exhibit A to the Declaration of Rachel R. Davidson in Support of the Esprit Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

IT IS SO ORDERED.

Dated:_____                 _____
                                              Honorable Judge Susan Illston
                                              United States District Judge