| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | GREGORY S. GILCHRIST (State Bar No. 111536)<br>GIA L. CINCONE (State Bar No. 141668) |
| 3 | Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 5 | gsgilchrist@townsend.com; glcincone@townsend.com |
| 6 | Attorneys for Plaintiff<br>LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>     Plaintiff,<br><br>v.<br><br>ESPRIT US DISTRIBUTION, LTD., et al.,<br><br>     Defendants. | Case No. C 07-0910 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING AND HEARING ON DEFENDANTS' MOTION TO DISMISS** |

At the Case Management Conference on May 11, 2009, this Court set the following schedule for defendants to file a motion to dismiss:

    Motion to be filed on June 26, 2009

    Opposition brief due on July 10, 2009

    Reply brief due on July 17, 2009

    Hearing on July 31, 2009, at 9:00 a.m.

The Court also set a further Case Management Conference on July 31, 2009, at 3:00 p.m.

Since the Case Management Conference, the parties have discussed settlement of this action, and have exchanged drafts of a settlement agreement. In order to allow those discussions to continue, the parties have agreed, and hereby stipulate, to extend the briefing

- 1 -

STIPULATION AND [PROPOSED] ORDER            *Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
                                                                                                    Case No. C 07-0910 SI

1    and hearing dates on defendants' motion to dismiss, as well as the further Case Management

2    Conference, for two weeks. Accordingly, the parties stipulate and agree to the following

3    schedule:

4        Opposition brief due on July 24, 2009

5        Reply brief due on July 31, 2009

6        Hearing on August ~~14~~ 21, 2009, at 9:00 a.m.

7        Further Case Management Conference on August ~~14~~ 21, 2009, at 3:00 p.m.

8

9    DATED: July 10, 2009        Respectfully submitted,

10

11                              By:   */s/ Gia L. Cincone*
                                   Gia L. Cincone

12                                  TOWNSEND AND TOWNSEND AND CREW LLP

13                                  Attorneys for Plaintiff
14                                  LEVI STRAUSS & CO.

15

16    DATED: July 10, 2009        By:   */s/ Rachel R. Davidson*
                                   Rachel R. Davidson

17                                  K&L GATES

18                                  Attorneys for Defendants

19

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22    DATED: _____      _____
                                                Hon. Susan Illston

23                                                 United States District Judge

24

25    62119325 v1

26

27

28