1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  LEVI STRAUSS & CO.,                  Case No. C 07-0910 SI

12              Plaintiff,                **STIPULATION AND [PROPOSED]
                                          ORDER CONTINUING BRIEFING
13       v.                               ON DEFENDANTS' MOTION TO
                                          DISMISS**
14  ESPRIT US DISTRIBUTION, LTD., et al.,

15              Defendants.

16

17

18       On July 14, 2009, this Court signed the parties' stipulation and proposed order

19  continuing the briefing and hearing schedule for defendants' motion to dismiss. The Court

20  pushed the parties' proposed hearing date back from August 14, 2009, to August 21, 2009, but

21  left the briefing dates unchanged. In order to allow settlement discussions to proceed without

22  incurring additional litigation expenses in connection with the motion to dismiss, the parties

23  would like to push the briefing schedule back accordingly.

24  ///

25  ///

26  ///

27  ///

28

- 1 -

STIPULATION AND [PROPOSED] ORDER                    *Levi Strauss & Co. v. Esprit US Distribution, Ltd.*
                                                                          Case No. C 07-0910 SI

1        The parties therefore stipulate that plaintiff's opposition to the motion to dismiss will be
2 due on July 31, 2009, and defendants' reply will be due on August 7, 2009.

4 DATED: July 17, 2009        Respectfully submitted,

6                                                      By:   */s/ Gia L. Cincone*
7                                                          Gia L. Cincone
                                                         TOWNSEND AND TOWNSEND AND CREW LLP

8                                                          Attorneys for Plaintiff
9                                                          LEVI STRAUSS & CO.

11 DATED: July 17, 2009       By:   */s/ Rachel R. Davidson*
                                                         Rachel R. Davidson
12                                                          K&L GATES

13                                                          Attorneys for Defendants

15 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 DATED: _____    _____
                                                         Hon. Susan Illston
18                                                         United States District Judge

20 62119325 v1